# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CASE NO. 2:24-PO-00023 |
| | MAGISTRATE JUDGE JOLSON |
| **MEADOWS, ROSS J.,** | |
| Defendant. | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case is DISMISSED.

        s/Kimberly A. Jolson
        **KIMBERLY A. JOLSON**
        **United States Magistrate Judge**

4/19/2024
**DATE**